### Sherika L. JONES, Plaintiff—Appellant,

v.

### TYSON FOODS, INCORPORATED; Jake Clarke, a/k/a Daniel Clarke, Defendants—Appellees.

No. 04–2156.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2005.

Decided April 14, 2005.

Michael D. Hancock, Petty, Mullen, Hancock, P.L.L.C., Richmond, Virginia, for Appellant. Rafael E. Morell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Washington, DC, for Appellee Tyson Foods, Inc.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sherika L. Jones appeals the district court's order denying relief on her Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jones v. Tyson Foods, Inc.,* No. CA–04–276–3 (E.D.Va. Aug. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*